

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2014

No. 04-14-00318-CV

**IN THE INTEREST OF C.K., A CHILD,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01216
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant is advised he has the right to review the appellate record to assist him in preparing a pro se brief in response to the *Anders* brief filed by court-appointed counsel. *See Kelly v. State*, No. PD-0702-13, 2014 WL 2865901 (Tex. Crim. App. June 25, 2014). If appellant desires to exercise this right, he must file a written request for access to the record with this court by July 18, 2014. The request must reference this appeal and be mailed to:

Fourth Court of Appeals
300 Dolorosa, Suite 3200
San Antonio, TX 78205

If appellant timely requests access to the record, the deadline to file appellant's pro se brief will be reset.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2014.

_____
Keith E. Hottle
Clerk of Court